NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1031
(Opposition No. 91190926)

LEO STOLLER,

Appellant,

v.

BEST DATA PRODUCTS, INC.,

Appellee,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE, LLC,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

ORDER

Leo Stoller moves for an extension of time to file his opening brief.

The court notes that Stoller has not paid the docketing fee, which was due on January 28, 2010.

Accordingly,

IT IS ORDERED THAT:

(1)     Stoller's appeal is dismissed for failure to pay the docketing fee.

(2)     Stoller's motion for an extension of time is denied as moot.

(3)    Each side shall bear its own costs.

FOR THE COURT

FEB 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Leo Stoller
Willmore F. Holbrow, III, Esq.
Lance G. Johnson, Esq.

s21

ISSUED AS A MANDATE:    FEB 0 5 2010

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 5 2010

JAN HORBALY
CLERK